| UNITED STATES COURT OF APPEALS | **FILED** |
|---|---|
| FOR THE NINTH CIRCUIT | JAN 30 2018 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

JULIO VALLEJO, AKA Juan Vallejo,

    Plaintiff-Appellee,

 v.

AZTECA ELECTRICAL CONSTRUCTION INCORPORATED; et al.,

    Defendants-Appellants.

No. 16-15340

D.C. No. 2:13-cv-01207-DKD
District of Arizona,
Phoenix

ORDER

Before: SCHROEDER, TASHIMA, and M. SMITH, Circuit Judges.

Appellee Julio Vallejo's unopposed motion for attorney's fees (Docket Entry No. 36) is granted. *See* 9th Cir. R. 39-1.7. Attorney's fees in the amount of $5,830 are awarded in favor of Julio Vallejo and against Carlos Valencia Yado and Patricia Yado. This order amends the court's mandate.